# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JABLONSKI ENTERPRISES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NYE COUNTY, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:15-cv-02296-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Plaintiff's Status Report Concerning Discovery Plan and Scheduling Order (#44) filed on April 29, 2016, indicates the parties would file a discovery plan by May 5, 2016. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **May 20, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 10th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge