# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JABLONSKI ENTERPRISES, LTD., ) <br>         Plaintiff, ) <br> vs. ) <br> NYE COUNTY, *et al.*, ) <br>         Defendants. ) | Case No. 2:15-cv-02296-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Extend Time to Respond to Motions for Attorney's Fees (ECF No. 84), filed on March 7, 2017. Plaintiff requests an extension of time until March 10, 2017 to respond to Defendants' Motions for Attorney Fees (ECF No. 69, 70, 73, 75). Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time to Respond to Motions for Attorney's Fees (ECF No. 84) is **granted**.

DATED this 8th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge