# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Jablonski Enterprises, LTD

Plaintiff,

V.

Nye County, Nevada, et al

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-02296-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant Brust's Motion for Attorney Fees is GRANTED in part and DENIED in part.

Plaintiff shall pay the total sum of $1,639.25 and is ordered to make the payment to Defendants by October 2, 2017.

FURTHER ORDERED that Defendants Lithium, Summa, and Tonking's Motion for Attorney Fees is GRANTED in part and DENIED in part.

Plaintiff is ordered to pay the total sum of $2,016.00, and is ordered to make the payment to Defendants by October 2, 2017

September 13, 2017  /s/ Debra K. Kempi
Date  Clerk

/s/ M. Morrison
(By) Deputy Clerk