# UNITED STATES DISTRICT COURT

### DISTRICT OF                                   Nevada

Jablonski Enterprises, LTD

**JUDGMENT FOR ATTORNEY FEES
IN A CIVIL CASE**

Plaintiff,

V.

Nye County, Nevada, et al

Case Number:   2:15-cv-02296-GMN-GWF

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants  Nye County, Sheree Stringer, Debbie Orrick, Brian Kunzi, and Marla Zlotek's Motion for Attorney Fees

is GRANTED in part and DENIED in part.

Plaintiff shall pay the total sum of $2,887.50 and is ordered to make the payment to Defendants by October 2, 2017.

September 14, 2017

/s/ Debra K. Kempi

Date

Clerk

/s/ M. Morrison

(By) Deputy Clerk