# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Jablonski Enterprises, LTD

Plaintiff,

V.

Nye County, Nevada, et al

Defendants.

**JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE**

Case Number: 2:15-cv-02296-GMN-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Greg Ekins and G.I.S. Land Services' Renewed Motion for Attorney Fees is GRANTED in part and DENIED in part, and Plaintiff shall pay the total sum of $2,287.50.

January 16, 2018

Date

/s/ Debra K. Kempi

Clerk

/s/ M. Morrison

(By) Deputy Clerk