THERESE M. SHANKS, ESQ. (NSB# 12890)
Email: tshanks@rssblaw.com
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
*Attorney for Defendant*
*Clayton P. Brust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JABLONSKI ENTERPRISES, LTD.

      Plaintiff,

vs.

NYE COUNTY, NEVADA, a corporation created by the State of Nevada; SHEREE STRINGER, individually and in her capacity as Nye County Assessor; DEBBIE ORRICK, individually and in her capacity as Mapping Administrator for Nye County; BRIAN KUNZI, individually and as Nye County District Attorney; MARLA ZLOTEK, individually and as Nye County Deputy District Attorney; SUMMA, LLC, a Nevada limited liability company; TOM LEWIS, individually and as manager of SUMMA, LLC; HENRY TONKING, individually and as manager of SUMMA, LLC; LITHIUM CORPORATION, a Nevada corporation; GREG EKINS, individually; GIS LAND SERVICES, a Nevada corporation; and CLAYTON P. BRUST, individually,

      Defendants.

Case No. 2:15-cv-2296-GMN-GWF

## SUBSTITUTION OF COUNSEL

Mark G. Simons, of the law firm Simons Law P.C., attorney for Defendant Clayton P. Brust, does hereby consent to the substitution of Therese M. Shanks, Esq. of the law firm Robison, Sharp, Sullivan & Brust, in the above-entitled matter in his place and stead.

DATED this 16th day of February, 2018.

BY: _____
MARK G. SIMONS, ESQ.

Therese M. Shanks, Esq, and the law firm Robison, Sharp, Sullivan & Brust, do hereby agree to be substituted in the place of Mark G. Simons, Esq, of the law firm Robison, Sharp, Sullivan & Brust, as attorneys for Defendant, Clayton P. Brust, in the above-entitled matter.

DATED this \_\_\_ day of February, 2018.

> ROBISON, SHARP, SULLIVAN & BRUST
> 71 Washington Street
> Reno, NV 89503
>
> BY: *[signature]*
> THERESE M. SHANKS, ESQ.

Defendant, Clayton P. Brust, in the above-entitled case, consents to the substitution of Therese M. Shanks, Esq, and the law firm Robison, Sharp, Sullivan & Brust, as his attorneys of record.

DATED this 20 day of February, 2018.

> /s/ CLAYTON P. BRUST
> CLAYTON P. BRUST

IT IS SO ORDERED.

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE
DATED: 2/21/2018